## Louis Weinberger, Appellee, v. Marshall Field & Company, Appellant.

### Gen. No. 21,320.   (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. MARCUS A. KAVANAGH, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1915. Affirmed. Opinion filed June 19, 1916. Rehearing denied July 5, 1916.

### Statement of the Case.

Action by Louis Weinberger, plaintiff, against Marshall Field & Company, defendant, to recover damages for personal injuries as a result of being struck by the left rear wheel of defendant's wagon. From a judgment for plaintiff, defendant appeals.

While plaintiff was standing at the step of a Clark street; southbound, pay-as-you-enter car, at the southwest corner of Clark and Washington streets, which was then the terminal of the line, waiting for the conductor to let him aboard, the left rear wheel of a one-horse wagon belonging to defendant ran over his heel. Plaintiff, at the time of the accident, was facing and about to board the car in question.

FRANK P. LEFFINGWELL and ROBERT J. FOLONIE, for appellant.

McEWEN, WEISSENBACH & SHRIMSKI, for appellee.

MR. JUSTICE GOODWIN delivered the opinion of the court.

### Abstract of the Decision.

1.   ROADS AND BRIDGES, § 239*—*when evidence sufficient to sustain, finding that driver of wagon guilty of negligence in injuring pros-*

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

*pective street car passenger.* In an action for damages for personal injuries alleged to be due to defendant running over the heel of plaintiff with the left rear wheel of its wagon while plaintiff was facing and about to enter a pay-as-you-enter street car at a street intersection, where it appeared that there was nothing to prevent the driver of defendant's wagon from seeing plaintiff in time to avoid striking him, evidence *held* sufficient to sustain a finding that defendant was guilty of negligence.

2.  ROADS AND BRIDGES, § 239*—*when evidence sufficient to sustain finding that prospective street car passenger struck by wagon not guilty of contributory negligence.* In an action for damages for personal injuries alleged to be due to defendant running over the heel of plaintiff with the left rear wheel of its wagon while plaintiff was facing and about to enter a pay-as-you-enter street car at a street intersection, evidence *held* sufficient to sustain a finding that plaintiff was not guilty of contributory negligence.